**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Levon BAZEMORE, Defendant–Appellant.**

No. 06–6068.

United States Court of Appeals, Fourth Circuit.

Submitted: June 7, 2006.

Decided: June 21, 2006.

Levon Bazemore, Appellant Pro Se. Thomas L. Eckert, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Levon Bazemore, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Bazemore,* No. 7:05–cv–00371–SGW (W.D.Va. Dec. 16, 2005). We grant Bazemore's application to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*